Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA RODRIGUEZ,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>           Defendant. | Case No.: CV 09-888 GSA<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; AND ORDER |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

///

-1-

1    IT IS HEREBY STIPULATED by and between the parties, through their
2 respective counsel, that pursuant to F.R.Civ.P. Rule 41 (a) (1) (ii) the above
3 captioned matter be dismissed with each side to bear its own costs.

4 DATE: 12/8/09                    Respectfully submitted,

5                                  ROHLFING & KALAGIAN, LLP
6

7                                  */s/-Marc V. Kalagian*
8                                  Marc V. Kalagian
                                   Attorney for Plaintiff
9

10 DATE: 12/3/09                   LAWRENCE G. BROWN
11                                 United States Attorney
                                   LUCILLE GONZALES MEIS
12                                 Chief Civil Division
13

14
                                   */s/-Brenda M. Pullin*
15                                 BRENDA M. PULLIN
16                                 Special Assistant United States Attorney
                                   Attorney for Defendant
17
                                   [*By email authorization on December 3, 2009]
18

19
                                 **ORDER**
20
IT IS ORDERED
21

22
Dated: December 8, 2009            _____/s/ Gary S. Austin_____
23                                      UNITED STATES MAGISTRATE JUDGE

24

25

26